UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THE MAHER LAW FIRM, P.A.,

    Plaintiff,

v.                                    Case No. 6:19-cv-407-Orl-37EJK

DANIEL J. NEWLIN, P.A.,

    Defendant.
_____

## ORDER

Plaintiff sued Defendant for declaratory relief, arguing Plaintiff's Google Ads did not infringe on Defendant's intellectual property rights. (Doc. 6.) The parties now seek approval and entry of a proposed consent decree. (Doc. 35; Doc. 35-3 ("**Proposed Decree**").)

A consent decree, although predicated on the agreement of the parties, is a judgment that requires a court to determine whether the settlement is "fair, adequate[,] and reasonable." *United States v. City of Miami*, 664 F.2d 435, 439, 441 (5th Cir. 1981) (en banc) (citation omitted).[1] "Though the decision to approve or reject a consent decree is left to a district court's discretion, . . . the court must exercise its judgment deferentially." *United States v. Bay Area Battery*, 895 F. Supp. 1524, 1528 (N.D. Fla. 1995) (citation omitted).

---

[1] Although *City of Miami* was decided after September 30, 1981, it is "binding precedent for the Eleventh circuit because it was decided by the full en banc court of the former Fifth Circuit." *Stovall v. City of Cocoa, Fla.*, 117 F.3d 1238, 1243 n.4 (11th Cir. 1997) (citing *Stein v. Reynolds Sec., Inc.*, 667 F.2d 33, 34 (11th Cir. 1982)).

-1-

Under the Proposed Decree, the parties agree Plaintiff's purchase through Google Ads of specified generic terms (Doc. 6-5), and the content of Plaintiff's internet advertisement (Doc. 35-3, p. 5), both copied below, do not infringe on Defendant's intellectual property rights. (Doc. 35-3, ¶ 1.)

Case 6:19-cv-00407-RBD-EJK   Document 6-5   Filed 03/14/19   Page 2 of 2 PageID 67

vehicle crash attorney
accident and injury
injury & accident lawyers
bodily injury claim
top rated accident attorney
personal injury car accident attorney
personal accident lawyer
accident lawyers in my area
car crash settlement
auto claim lawyer
motor vehicle attorney
lawyer car accident settlement
good accident attorney
accident lawsuit
automobile accident lawyer near me
auto attorney near me
accident injury lawyers near me
motor accident lawyers
i was in a car accident
bodily injury lawyer
car crash lawsuit
auto accident personal injury
vehicle accident law firm
car crash claim
personal injury claims car accident
accident injury attorneys near me
auto accident litigation
auto lawyers near me

> **Injured in a car accident? | Know your legal Rights | maherlawfirm.com**
> [Ad] www.maherlawfirm.com/car-accidents
>
> Celebrating 50 years of helping the injured when in a car accident. Know your legal rights. Get the compensation you deserve. Types: Dangerous Drugs, Wrongful Death, Medical Negligence, Traumatic Brain Injuries, Spinal Cord Injuries, Class Action Litigation.

The parties agree Plaintiff is entitled to costs under Federal Rule of Civil Procedure 54(d)(1), in an amount agreed upon between the parties, and each party will bear their own attorneys' fees. (Doc. 35-3, ¶ 2.) The parties request the Court close the case and retain jurisdiction to enforce the consent decree. (Doc. 35-3.) On review, the Court finds the Proposed Decree is fair, adequate, and reasonable but the Court declines to retain jurisdiction. *See City of Miami*, 664 F.2d at 439, 441. So, the Court will grant the Motion in part, and approve and enter the Proposed Decree.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The parties Joint Stipulation and Request for Final Judgment Upon Consent (Doc. 35) is **GRANTED IN PART**.

    a. The Court **APPROVES AND ADOPTS** the Proposed Decree (Doc. 35-3) as an Order of the Court but **DECLINES** to retain jurisdiction.

2. The Clerk is **DIRECTED** to close the case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 27, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record